IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| TIMOTHY SCOT WISE | § | |
| VS. | § | CIVIL ACTION NO. 1:11cv148 |
| HARLEY G. LAPPIN, ET AL. | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Timothy Scott Wise, proceeding *pro se*, filed this civil rights lawsuit. The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss for lack of prosecution be granted.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Proper notice was given to plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2)(C). No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the Magistrate Judge [Dkt. 83] is **ADOPTED** as the opinion of the Court. The motion to dismiss [Dkt. 82] is **GRANTED**. A final judgment shall be entered dismissing this lawsuit.

**SIGNED** this the 31 day of **January, 2022.**

_____
Thad Heartfield
United States District Judge